IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL WIENKE,

    Plaintiff,

v.

CHASE HOME FINANCE, INC.,

    Defendant.

No. C 10-04369 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

This matter is set for a hearing on March 11, 2011 on Defendant Chase Home Finance, Inc.'s motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 18, 2011 and a reply brief shall be filed by no later than January 25, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE