IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL WIENKE,

    Plaintiff,

  v.

CHASE HOME FINANCE, INC.,

    Defendant.
_____/

No. C 10-04369 JSW

**ORDER RE SETTLEMENT**

On September 1, 2011, the Court received notice that this matter had settled before Magistrate Judge Bernard Zimmerman. Accordingly, the pending motion to dismiss is terminated. The parties shall file a stipulation and proposed order of dismissal by no later than September 30, 2011.

**IT IS SO ORDERED.**

Dated: September 13, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WIENKE et al,

    Plaintiff,

 v.

CHASE HOME FINANCE, INC. et al,

    Defendant.

Case Number: CV10-04369 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Wienke
10260 Point Lakeview Road
Kelseyville, CA 95451

Dated: September 13, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2