IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL WIENKE,

    Plaintiff,

v.

CHASE HOME FINANCE, INC.,

    Defendant.

No. C 10-04369 JSW

**ORDER TO SHOW CAUSE RE SETTLEMENT AND DISMISSAL**

On September 1, 2011, the Court received notice that this matter had settled before Magistrate Judge Bernard Zimmerman. On September 13, 2011, the Court issued an order requiring that the parties file a stipulation and proposed order of dismissal by no later than September 30, 2011. Having received no such stipulation, the Court HEREBY ORDERS Plaintiff Darryl Wienke to show cause in writing by no later than January 20, 2012, why this case should not be dismissed for failure to prosecute. Should the Court fail to receive a response, it shall DISMISS this action.

**IT IS SO ORDERED.**

Dated: January 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WIENKE et al,

    Plaintiff,

v.

CHASE HOME FINANCE, INC. et al,

    Defendant.

Case Number: CV10-04369 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Wienke
10260 Point Lakeview Road
Kelseyville, CA 95451

Dated: January 5, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2