IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL WIENKE,

    Plaintiff,

No. C 10-04369 JSW

v.

**ORDER OF DISMISSAL**

CHASE HOME FINANCE, INC.,

    Defendant.
_____/

On September 1, 2011, the Court received notice that this matter had settled before Magistrate Judge Bernard Zimmerman. On September 13, 2011, the Court issued an order requiring that the parties file a stipulation and proposed order of dismissal by no later than September 30, 2011. Having received no such stipulation, the Court issued an order on January 5, 2012, indicating that failure to submit a response to the request for dismissal, the Court would dismiss the action. The Court has still not received a response. Accordingly, the Court DISMISSES this action in light of the news of settlement and for Plaintiff's failure to prosecute the action.

**IT IS SO ORDERED.**

Dated: January 31, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIENKE et al,<br><br>    Plaintiff,<br><br>  v.<br><br>CHASE HOME FINANCE, INC. et al,<br><br>    Defendant.                        / | Case Number: CV10-04369 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Wienke
10260 Point Lakeview Road
Kelseyville, CA 95451

Dated: January 31, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk